IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>XL INSURANCE COMPANY, LTD.,<br><br>    Defendant. | No. 06-05430 CW<br><br>ORDER GRANTING AS MODIFIED STIPULATION TO STAY CASE PENDING TRIAL OF ANOTHER ACTION |

    On November 2, 2006, counsel submitted a Stipulation and (Proposed) Order to Stay Case Pending Trial of Another Action. Having considered the stipulation and good cause appearing,

    IT IS HEREBY ORDERED that the Stipulation to Stay Case Pending Trial of Another Action is GRANTED AS MODIFIED. The action is stayed until the trial of the Sonoma County action is finished, including post-trial motions and filings. Defendant's motion to compel arbitration is denied without prejudice to re-noticing. The Case Management Conference is continued to February 8, 2007, at 1:30 p.m., and all the prospective events set forth in this Court's September 5, 2006 Order Setting Initial Case Management Conference and ADR Deadlines (including all pre-conference tasks and filings

1  under the Federal Rules of Civil Procedure and Northern District
2  Local Rules) are adjusted accordingly.

Dated   11/7/06

*Claudia Wilken*
CLAUDIA WILKEN
United States District Judge