IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and LEXINGTON INSURANCE COMPANY<br><br>      Plaintiffs,<br><br>   v.<br><br>XL INSURANCE COMPANY, LTD., and DOES 1 through 30, inclusive,<br><br>      Defendants.<br>_____/ | No. C 06-5430 CW<br><br>SCHEDULING ORDER |

   Defendant XL Insurance (Bermuda) Ltd., formerly known as XL Insurance Company, Ltd., has filed a motion to stay this action and compel arbitration.  Plaintiffs National Union Fire Insurance Company of Pittsburgh, PA, and Lexington Insurance Company oppose the motion.  On January 23, 2007, Plaintiffs attempted to file a second amended complaint.  Federal Rule of Civil Procedure 15(a) allows a party to amend their pleading once as a matter of course

before a responsive pleading is served; otherwise leave of the court or the written consent of the adverse party must be obtained for additional amendments. Fed. R. Civ. P. 15(a). Plaintiffs had already filed an amended complaint before this case was removed from state court.

The Court will put over consideration of Defendant's motion to stay and compel arbitration until March 9, 2007, when it will also consider Plaintiffs' motion for leave to file an amended complaint. Plaintiffs are directed to file a motion for leave to file an amended complaint, or a memorandum arguing that leave is not necessary, within two weeks of the date of this Order. Defendant's opposition will be due one week from the date Plaintiffs' motion is filed, and Plaintiffs' reply will be due one week thereafter. The parties shall discuss in their papers the effect the proposed complaint would have on the motion to stay and compel arbitration. The case management conference previously set for February 9, 2007, is also continued until March 9, 2007, at 10:00 a.m.

IT IS SO ORDERED.

Dated: 2/1/07

CLAUDIA WILKEN
United States District Judge