1  WILLIAM C. MORISON (No. 99981)
   MICHAEL D. PROUGH (No. 168741)
2  RICHARD A. EGGERTH (No. 99625)
   MORISON-KNOX HOLDEN
3        & PROUGH, LLP
   500 Ygnacio Valley Road, Suite 450
4  Walnut Creek, California 94596
   Telephone: (925) 937-9990
5  Facsimile: (925) 937-3272

6  Attorneys for Plaintiffs
   NATIONAL UNION FIRE INSURANCE
7  COMPANY OF PITTSBURGH, PA
   and LEXINGTON INSURANCE COMPANY
8

9                    UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

11 | NATIONAL UNION FIRE INSURANCE           ) Case No. C 06-5430 CW
   | COMPANY OF PITTSBURGH, PA; and          )
12 | LEXINGTON INSURANCE COMPANY,            )
   |                                         ) STIPULATION AND [PROPOSED]
13 |            Plaintiffs,                  ) ORDER TO CONTINUE FURTHER
   |                                         ) FILINGS, CONFERENCES, AND
14 |      vs.                                ) HEARINGS PENDING
   |                                         ) DOCUMENTATION OF SETTLEMENT IN
15 | XL INSURANCE COMPANY, LTD., and DOES    ) PRINCIPLE
   | 1 through 30, inclusive,                )
16 |                                         )
   |            Defendants.                  )
17 |_____)

18

19

20

21

22

23

24

25

26

27

28

---

1   WHEREAS, this action was originally filed by plaintiffs National Union Fire Insurance Company of Pittsburgh, PA and Lexington Insurance Company (hereinafter, "NU/Lexington") in the Superior Court of California, County of Alameda on or about June 30, 2006, case number RG 06263067, and was removed to this Court on or about September 5, 2006;

WHEREAS, XL Insurance (Bermuda) Ltd (formerly known as XL Insurance Company, Ltd) (hereinafter, "XL") issued a Managed Aggregate Excess Liability Policy to PG&E, no. XLMAXL-00334, November 1, 1993 to February 28, 1999, with limits of liability of $90 million excess of $10 million, which XL contends was cancelled and commuted in March, 1997;

WHEREAS, NU/Lexington in this action allege causes of action for declaratory relief, equitable contribution, and equitable subrogation against XL, relating to claims against PG&E arising from the 1996 Cavedale Fire in Sonoma County;

WHEREAS, NU/Lexington sued PG&E for reimbursement of the amounts paid on the third-party property damage claims against PG&E, which NU/Lexington claim exceed $24,000,000, plus interest, in the Superior Court of California, County of Sonoma, consolidated case number 219514, entitled <u>National Union Fire Insurance Co. of Pittsburgh, PA v. Pacific Gas & Electric Co.</u> and <u>Lexington Insurance Company v. Pacific Gas & Electric Co.</u> (the "Sonoma County Action");

WHEREAS, the Sonoma County Action resulted in a jury verdict against NU/Lexington, which verdict is now under appeal;

WHEREAS, NU/Lexington and PG&E have negotiated a settlement in principle, subject to documentation, of all matters relating to the Cavedale Fire claims that includes an agreement to dismiss this action against XL; and

WHEREAS, there is now scheduled for hearing before this Court on March 9, 2007, (1) XL's motion to stay and compel arbitration, (2) NU/Lexington's response to the Court's February 1, 2007 order re second amended complaint, and alternatively motion for leave to file second amended complaint, and (3) the initial case management conference;

NOW, THEREFORE, the parties hereto stipulate that:

1.   The matters set for hearing March 9, 2007 be continued 63 days, until May 11, 2007, so as to provide time to NU/Lexington and PG&E to finalize and document their

so as to provide time to NU/Lexington and PG&E to finalize and document their settlement-in-principle, that will likely result in a dismissal with prejudice of this action;

2. The due dates for all filings otherwise due in advance of the matters set for hearing March 9, 2007 are likewise continued 63 days.

IT IS SO STIPULATED.

Dated: February 27, 2007

MORISON-KNOX HOLDEN & PROUGH, LLP

By: _____
Michael D. Prough

Attorneys for Plaintiffs
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and LEXINGTON INSURANCE COMPANY

Dated: February 28, 2007

STEPTOE & JOHNSON LLP

By: _____
Stephen O'Donnell

Attorneys for Defendant
XL INSURANCE (BERMUDA) LTD
(Formerly known as
XL INSURANCE COMPANY, LTD)

PURSUANT TO STIPULATION, IT IS SO ORDERED.

A status report shall be filed on April 27, 2007.

Dated: 3/7, 2007

By: _____
The Honorable Claudia Wilken
Judge of the District Court

118279