WILLIAM C. MORISON, Bar No. 99981
wcm@morison-knox.com
MICHAEL D. PROUGH, Bar No. 168741
mdp@morison-knox.com
RICHARD A. EGGERTH, Bar No. 99625
rae@morison-knox.com
MORISON-KNOX HOLDEN & PROUGH, LLP
500 Ygnacio Valley Road, Suite 450
Walnut Creek, CA 94596-8068
Telephone: (925) 937-9990
Facsimile: (925) 937-3272

Attorneys for Plaintiffs
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA and
LEXINGTON INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and LEXINGTON INSURANCE C0MPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>XL INSURANCE COMPANY, LTD., and DOES 1 through 30, inclusive,<br><br>Defendant. | No. C 06-5430 CW<br><br>JOINT STATUS REPORT; SECOND STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE, FURTHER FILINGS, AND HEARINGS PENDING DOCUMENTATION OF SETTLEMENT-IN-PRINCIPLE<br>AS MODIFIED<br>Date: May 11, 2007<br>Time: 1:30 p.m.<br>Courtroom No. 2 |

WHEREAS, on March 7, 2007, this Court ordered that, due to a settlement-in-principle likely to dismiss with prejudice this matter, all matters then set for hearing on March 9, 2007 should be continued until May 11, 2007, to allow time to finalize and document the settlement-in-principle. A status report was also ordered to be filed April 27, 2007, which is this document. The continued matters were (1) the initial case management conference, (2) defendant's motion to stay and compel arbitration, and (3) plaintiffs' response to the Court's February 1, 2007 order re second amended complaint and alternatively motion for leave to file second amended complaint.

WHEREAS, additional time is needed to finalize and document the settlement, and so the parties hereto request that the Court continue the matters set for hearing on May 11, 2007 an additional 63 days, until July 13, 2007, and likewise continue the due date for all filings otherwise due in advance of the matters set for hearing May 11, 2007 an additional 63 days.

NOW, THEREFORE, the parties hereto stipulate that:

1. The matters set for hearing May 11, 2007 be continued 63 days, until July 13, 2007, so as to provide time to finalize and document the settlement-in-principle, that will likely result in a dismissal with prejudice of this action;

2. The due dates for all filings otherwise due in advance of the matters set for hearing May 11, 2007 are likewise continued 63 days.

| | | |
|---|---|---|
| 1 | Dated: April 27, 2007 | MORISON-KNOX HOLDEN & PROUGH, LLP |
| 2 | | |
| 3 | | By: /s/ Michael D. Prough |
| 4 | | Michael D. Prough<br>Attorneys for Plaintiffs |
| 5 | | NATIONAL UNION FIRE INSURANCE<br>COMPANY OF PITTSBURGH, PA and |
| 6 | | LEXINGTON INSURANCE COMPANY |
| 7 | Dated: April 27, 2007 | STEPTOE & JOHNSON LLP |
| 8 | | |
| 9 | | By: /s/ Elissa L. Isaacs |
| 10 | | Elissa L. Isaacs<br>Attorneys for Defendant |
| 11 | | XL INSURANCE (BERMUDA) LTD<br>(Formerly known as XL INSURANCE |
| 12 | | COMPANY, LTD) |

PURSUANT TO STIPULATION, IT IS SO ORDERED, except the matters set for on May 11, 2007, are continued to July 26, 2007, at 2:00 p.m.

Dated: May 2, 2007                   By: /s/ Claudia Wilken
                                          The Honorable Claudia Wilken
                                          Judge of the District Court

118959