WILLIAM C. MORISON, Bar No. 99981
wcm@morison-knox.com
MICHAEL D. PROUGH, Bar No. 168741
mdp@morison-knox.com
RICHARD A. EGGERTH, Bar No. 99625
rae@morison-knox.com
MORISON-KNOX HOLDEN & PROUGH, LLP
500 Ygnacio Valley Road, Suite 450
Walnut Creek, CA 94596-8068
Telephone: (925) 937-9990
Facsimile: (925) 937-3272

Attorneys for Plaintiffs
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA and
LEXINGTON INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and LEXINGTON INSURANCE C0MPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>XL INSURANCE COMPANY, LTD., and DOES 1 through 30, inclusive,<br><br>Defendant. | No. C 06-5430 CW<br><br>JOINT STATUS REPORT; THIRD STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE, FURTHER FILINGS, AND HEARINGS PENDING DOCUMENTATION OF SETTLEMENT-IN-PRINCIPLE<br><br>Date: July 27, 2007<br>Time: 2:00 p.m.<br>Courtroom No.: 2 |

WHEREAS, due to a settlement-in-principle reached by the parties and likely to result in a dismissal with prejudice of this matter, this Court ordered on May 2, 2007 that all matters then set for hearing on May 11, 2007 should be continued until July 26, 2007 to allow time to finalize and document the settlement-in-principle;

WHEREAS, the continued matters were (1) the initial case management conference, (2) defendant's motion to stay and compel arbitration, and (3) plaintiffs' response to the Court's February 1, 2007 order re second amended complaint and alternatively motion for leave to file

second amended complaint;

WHEREAS, in its May 2, 2007 Order, this Court ordered the parties to file a status report by July 19, 2007; and

WHEREAS, the parties need additional time for the parties to that settlement agreement to finalize and document the settlement, and thus request that the Court continue the matters set for hearing on July 26, 2007 an additional 63 days, until September 27, 2007, and likewise continue the due date for all filings otherwise due in advance of the matters set for hearing September 27, 2007 an additional 63 days;

NOW, THEREFORE, the parties hereto provide the following status report concerning the settlement-in-principle:

1. The undersigned parties are hopeful that the settlement documents will be executed by all parties in the near future; and

NOW, THEREFORE, the parties hereto stipulate as follows

2. The matters set for hearing July 26, 2007 are continued 63 days, until September 27, 2007, so as to provide time to document the settlement-in-principle, which will likely result in a dismissal with prejudice of this action; and

3. The due dates for all filings otherwise due in advance of the matters set for hearing September 27, 2007 are likewise continued 63 days.

Dated: July 19, 2007

MORISON-KNOX HOLDEN & PROUGH, LLP

By: /s/ *for* Michael D. Prough
Attorneys for Plaintiffs
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and LEXINGTON INSURANCE COMPANY

Dated: July 19, 2007

STEPTOE & JOHNSON LLP

By: /s/ Elissa L. Isaacs
Attorneys for Defendant
XL INSURANCE (BERMUDA) LTD
(Formerly known as XL INSURANCE COMPANY, LTD)

PURSUANT TO STIPULATION, IT IS SO ORDERED.   NO FURTHER CONTINUANCES.

Dated: 7/24, 2007

By: /s/ Claudia Wilken
The Honorable Claudia Wilken
Judge of the District Court