WILLIAM C. MORISON (No. 99981)
MICHAEL D. PROUGH (No. 168741)
RICHARD A. EGGERTH (No. 99625)
KAREN G. LEVY (No. 213172)
MORISON-KNOX HOLDEN
   & PROUGH, LLP
500 Ygnacio Valley Road, Suite 450
Walnut Creek, California 94596
Telephone: (925) 937-9990
Facsimile: (925) 937-3272

Attorneys for Plaintiffs
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA; and
LEXINGTON INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; and LEXINGTON INSURANCE COMPANY,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>XL INSURANCE COMPANY, LTD., and DOES 1-30, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No.: C 06-5430 CW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. C 06-5430 CW

1  NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure
2  41(a), plaintiffs National Union Fire Insurance Company of Pittsburgh, PA and Lexington
3  Insurance Company voluntarily dismiss the above-captioned action with prejudice.

DATED: 8/8/07, 2007            MORISON-KNOX HOLDEN & PROUGH, LLP

                               By: _____
                                   MICHAEL D. PROUGH
                                   Attorneys for Plaintiffs NATIONAL UNION FIRE
                                   INSURANCE COMPANY OF PITTSBURGH, PA and
                                   LEXINGTON INSURANCE COMPANY

IT IS SO ORDERED
/s/ Claudia Wilken
Judge Claudia Wilken

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. C 06-5430 CW

1